Patrick Joseph TURNER, et al., Plaintiffs,

v.

MURPHY OIL USA, INC., Defendant–Appellee,

v.

Wayne J. Duchmann, Movant–Appellant.

No. 08–30543

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 13, 2009.

George A. Frilot, III, James F. Shuey, Frilot LLC, New Orleans, LA, for Defendant–Appellee.

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Wayne Duchmann appeals the district court's denial of his motion for a preliminary injunction. Duchmann's motion sought to enjoin the sale of a fire station in St. Bernard Parish due to alleged violations of state law and the district court's previous orders. Because the sale of the fire station has already occurred, Duchmann's appeal is moot.[1] "[W]e simply cannot enjoin that which has already taken place."[2] Accordingly, we dismiss the appeal as moot and deny Duchmann's other pending motions.

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

1. *See Seafarers Int'l Union of N. Am. v. Nat'l Marine Servs., Inc.,* 820 F.2d 148, 151–52 (5th Cir.1987) ("[O]nce the action that the plaintiff sought to have enjoined has occurred, the case is mooted because 'no order of this court

could affect the parties' rights with respect to the injunction we are called upon to review.' " (quoting *Marilyn T., Inc. v. Evans,* 803 F.2d 1383, 1384 (5th Cir.1986))), *abrogated on other grounds by Litton Fin. Printing Div. v. NLRB,* 501 U.S. 190, 111 S.Ct. 2215, 115 L.Ed.2d 177 (1991).

2. *Harris v. City of Houston,* 151 F.3d 186, 189 (5th Cir.1998).